

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00882-CV

Joseph **ZAPATA** and Maria Banda,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC, ET AL.,**
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48880-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's request for a 10 day extension to pay the $195.00 filing fee is hereby GRANTED. Time is extended to January 17, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court